UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HEALTH CARE,<br>    Plaintiff,<br>    v.<br>USABLE MUTUAL INSURANCE COMPANY,<br>    Defendant. | Case No. 21-cv-00550-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted defendant's motion to dismiss the complaint with prejudice,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 13, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge